Per C. Olson, OSB 93386
HOEVET BOISE & OLSON, P.C.
1000 S.W. Broadway, Suite 1500
Portland, OR 97205
Telephone: (503) 228-0497
Facsimile: (503) 228-7112
E-mail: polson@hoevet-boise.com

Of Attorneys for Defendant Cyrus Andrew Sullivan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>CYRUS ANDREW SULLIVAN<br><br>      Defendant.<br>_____ | Case No. 3:13-CR-00064-HZ<br><br>DEFENDANT'S MOTION TO REVOKE DETENTION ORDER |

  Defendant, Cyrus Andrew Sullivan, through his attorney Per C. Olson, hereby moves to revoke the order of detention entered in this matter by Magistrate Judge Paul Papak on March 11, 2013 (Document No. 26).  18 U.S.C. § 3145(b).

  After consulting with court staff and Assistant U.S. Attorney Sean Hoar, defendant requests a one-half hour hearing on April 22, 2013, at 2:30 p.m.

  DATED this 15th day of March, 2013.

            HOEVET, BOISE & OLSON, P.C.


            */s Per C. Olson*
            Per C. Olson, OSB #933863
            Of Attorneys for Defendant

PAGE 1 -   DEFENDANT'S MOTION TO REVOKE DETENTION ORDER

HOEVET BOISE & OLSON, P.C.
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1500
PORTLAND, OREGON 97205
(503) 228-0497
FAX (503) 228-7112