Per C. Olson, OSB 93386
HOEVET BOISE & OLSON, P.C.
1000 S.W. Broadway, Suite 1500
Portland, OR 97205
Telephone: (503) 228-0497
Facsimile: (503) 228-7112
E-mail: polson@hoevet-boise.com

    Of Attorneys for Defendant Cyrus Andrew Sullivan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CYRUS ANDREW SULLIVAN<br><br>    Defendant. | Case No. 3:13-CR-00064-HZ<br><br>DEFENDANT'S MOTION TO WITHDRAW MOTION TO REVOKE DETENTION ORDER AND TO STRIKE HEARING |

    Defendant, Cyrus Andrew Sullivan, through his attorney Per C. Olson, hereby withdraws his previously filed Motion to Revoke Detention Order (Document No. 28), and moves that the court strike the April 22 hearing date on the motion to revoke. This motion is made pursuant to a verbal plea agreement between the parties.

    DATED this 9th day of April, 2013.

                                       HOEVET, BOISE & OLSON, P.C.

                                       *s/ Per C. Olson*
                                       Per C. Olson, OSB #933863
                                       Of Attorneys for Defendant

PAGE 1 - DEFENDANT'S MOTION TO WITHDRAW MOTION TO REVOKE DETENTION ORDER AND TO STRIKE HEARING

HOEVET BOISE & OLSON, P.C.
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1500
PORTLAND, OREGON 97205
(503) 228-0497
FAX (503) 228-7112