FILED 9 APR '13 14:33 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:13-CR-00064-HZ |
| Plaintiff, | ) | |
| | ) | **SUPERSEDING** |
| v. | ) | **INFORMATION** |
| | ) | |
| CYRUS ANDREW SULLIVAN, | ) | [18 U.S.C. § 875(c)] |
| | ) | |
| Defendant. | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[MAKING A THREATENING COMMUNICATION]**

On or about June 4, 2012, in the District of Oregon, defendant Cyrus Andrew Sullivan knowingly transmitted and caused to be transmitted in interstate or foreign commerce a communication containing a threat to injure the person of another, to wit, an email communication via the Internet containing a threat to kill another person, A.K., which a reasonable person would take as a serious expression of an intention to inflict bodily harm upon A.K. All in violation of Title 18, United States Code, Section 875(c).

Dated this 9th day of April, 2013.

S. AMANDA MARSHALL
United States Attorney

SEAN B. HOAR
Assistant United States Attorney