AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court
### DISTRICT OF OREGON

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

CYRUS ANDREW SULLIVAN

CASE NUMBER:  3:13-CR-00064-HZ

I, CYRUS ANDREW SULLIVAN, the above named defendant, who is accused by information of making a threatening communication in violation of Title 18, Section 875(c) of the United States Code, and being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on this ___15___ day of ___April___, 2013, prosecution by indictment, and consent that the proceeding may be by information rather than by indictment. I have fully discussed this waiver with my attorney, and my decision to execute this waiver is an informed and voluntary one.

_____
CYRUS ANDREW SULLIVAN
Defendant

I represent defendant as his legal counsel. I have fully discussed this waiver of indictment with defendant, and to my knowledge his decision to execute this waiver is an informed and voluntary one.

_____
PER C. OLSON
Counsel for Defendant

Before _____
UNITED STATES DISTRICT JUDGE

This ___15___ day of ___April___, 2013.