Per C. Olson, OSB 93386
HOEVET BOISE & OLSON, P.C.
1000 S.W. Broadway, Suite 1500
Portland, OR 97205
Telephone: (503) 228-0497
Facsimile: (503) 228-7112
E-mail: polson@hoevet-boise.com

Of Attorneys for Defendant Cyrus Andrew Sullivan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>CYRUS ANDREW SULLIVAN<br><br>       Defendant. | Case No. 3:13-CR-00064-HZ<br><br>MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |

Per C. Olson, attorney for defendant Cyrus Andrew Sullivan, hereby moves to

withdraw as counsel for the defendant, as the district court matter has concluded.

Defendant has indicated a desire to file a notice of appeal.  The notice of appeal is

due to be filed on August 5, 2013.  Counsel asks that the court direct the Federal Public

Defender's Office to find suitable counsel to represent defendant in the appeal, as that

would be in defendant's best interest.  In the event that new counsel cannot be found

/ / /

PAGE 1 -  MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW
COUNSEL

HOEVET BOISE & OLSON, P.C.
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1500
PORTLAND, OREGON 97205
(503) 228-0497
FAX (503) 228-7112

within a short period of time, the court is asked to extend the deadline for filing a notice of appeal by 14 days.

DATED this 23rd day of July, 2013.

HOEVET, BOISE & OLSON, P.C.


_s/ Per C. Olson_
Per C. Olson, OSB #933863
Of Attorneys for Defendant

PAGE 2 -  MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW
COUNSEL

Hoevet Boise & Olson, P.C.
Attorneys at Law
1000 S.W. Broadway, #1500
Portland, Oregon 97205
(503) 228-0497
Fax (503) 228-7112

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL on:

Cyrus Andrew Sullivan
c/o Columbia County Jail
901 Port Avenue
St. Helens, OR 97051
*Defendant*

by mailing to said party a true copy thereof, contained in a sealed envelope, with postage paid, addressed to said party as stated above and deposited in the post office at Portland, Oregon.

DATED this 23rd day of July, 2013.

HOEVET, BOISE & OLSON, P.C.

_s/ Per C. Olson_____
Per C. Olson, OSB #933863
Of Attorneys for Defendant

PAGE 3 -  MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW
        COUNSEL

Hoevet Boise & Olson, P.C.
Attorneys at Law
1000 S.W. Broadway, #1500
Portland, Oregon 97205
(503) 228-0497
Fax (503) 228-7112