BRONSON JAMES, OSB#033499
Box 205
14925 SW Barrows Rd. Ste 109
Beaverton, OR 97007
(503) 515-6216
bj@bronsonjames.com
Attorney for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES,<br><br>         Plaintiff-Appellee,<br><br>    vs.<br><br>CYRUS ANDREW SULLIVAN,<br><br>         Defendant-Appellant. | Civil No. 13-CR-00064<br><br>NOTICE OF APPEAL |

    The Petitioner, Cyrus Andrew Sullivan, through his attorney Bronson James, hereby appeals to Ninth Circuit Court of Appeals from the judgment of conviction and sentence imposed by the Honorable Marco Hernandez, District Court of Oregon, filed on July 19, 2013.

    Dated this 29th of July, 2013

    /s/ Bronson James

    BRONSON JAMES, OSB#033499
    Attorney for Petitioner