# Exhibit A

6/2/12                          Genital Herpes in Arlington Heights, Illinois

*Prevention is Our Profession*                    Login by Account Manager    Sign Up



# STD CARRIERS
## DISEASE CONTROL AND PREVENTION SERVICES

STD Carriers Home
STD Registry
Report a STD
Carrier
Celebrities with
STDs

**Celebrities
with STDs**

**Top 3 Famous
Diseases**

Celebrities with
Herpes
Celebrities with
HIV/AIDS
Celebrities with
Hepatitis C
HIV/AIDS Arrests

**Criminal HIV
Transmission**

**Arrest Types**

Sex Crimes
Prostitution
Biological

**STD Videos**

**STD Videos**

**Top 3
Categories**

Herpes Videos
HIV and AIDS
Videos
Genital Warts
Videos
News &
Information
STD News
Headlines
STDs - Facts



### - Genital Herpes

*Carrier No.* Reported by realdeal *on Saturday, March 31, 2012*

AVOID MISLEADING IMPRESSIONS! - CLICK HERE TO READ OUR LEGAL DISCLAIMER

**First Name:**
**Last Name:**
**STD(s):** Genital Herpes
**City:** Arlington Heights
**State/Territory:** Illinois
**Country:** United States
**Age:** 41
**Sexual Orientation:** Bisexual
**Race:** White
**Sex:** Male
**Hair:** Light Brown
**Eyes:** Blue
**Height:** 6 ft. 2 inches
**Weight:** 220 lbs.
**Infection Date:** Monday, August 08, 2011
**Disclosure History:** Has failed to inform someone
prior to exposure
**Information Source:** First hand knowledge (ex.
connection)



I slept with him in August. We had sex and he said he was single but he had a girlfriend and he
lies about everything including being infected. He infected me with Herpes (HSV2) He won't take
meds to prevent viral shedding. Condoms won't protect you. He is a male version on a whore and
            d he Ushers at                        a Rolling
:Your                        s looking for swingers or wants to have sex on cam
for everyone to see. He has a big          but doesn't know how to use it. He always goes to swingers
parties    Rewards   He loves hit          ith couples. He gets upset if you tell him you want to
go to          coz his swinging, lying secrets will be revealed. He likes Asian and
European girls so he can use them as his sex slaves to have sex with him on webcams. It's true
            has no morals and it's a shame he is a liar and a hypocrite that serves at church. He
has sex with hundreds of people and does not care who he infects. He is selfish and only cares
about himself. If you see him run away from him.

**Related Results**
1. We Found
   Instant-Address, Phone, Age & More. Search for          ,Now!

   intelius.com

2.
   Find          near you. The Web's Local Search Engine!

   Local.com

3. Looking For
   Find What You Need. Look Fo          Here Now

stdcarriers.com/registry/bio/          r-genitalherpes.aspx

1/3