**Exhibit C**



Search STD Carrier Here...

HOME    STD CARRIERS    CONTACT US    FAQ    REPORT STD CARRIER    TERMS OF USE

REMOVAL POLICY

Connect With:      ▲ Logi

# Search For Online STD and HIV Carriers!

Follow our 3 easy steps to submit a STD or HIV report on STDRegistry.com



## What we actually do

Our operations are clean and professional

STDRegistry was founded as and still is the first public early warning alert system for identifying potential sources of incurable sexually transmitted diseases (STDs). The International Sexually Transmitted Disease (STD) Registry is a database driven list of people with HIV/AIDS, Genital Herpes, HPV, Genital Warts, and Hepatitis C. Our automated content management system (CMS) utilizes the power of modern information technology to provide a real time information storage and distribution service that is fully operational 24 hours a day 7 days a week.

## Why we operate

STDRegistry actually cares

STDRegistry.com was formed in 2012, originally as a site to add the any STDs and HIV reports. The Original and World's Largest STD R Database. STD Registry Disease Control and Prevention Services. Thi sparked a great deal of debate some of which has been documente freaking out around the web and complimentary raving by people wi that the government should have made a site like this years ago. Re truth before it's too late!

## Why people trust us
Read some testimonials from our users.

My ex-husband was acting strange and distant with me and I had a feeling that he was cheating on me so when I investigated and searched his number online I found he was reported to STDRegistry.com. This along with other things I found on his phone was enough to prove that he had been cheating on me with prostitutes.

Sarah, California

Thank you for developing this website. Its so nice to see a true registry reporting site that cares about peoples health. You have enable the public to alert about others that have STDS. We've found your site and its refreshing to see honesty in reporting and editorial guidlines.

Karen A, Texas

I had a business partner who was accus(ed) sleeping with escorts and I did not want th(at) of activity associated with my business, I enough I found his profile on this site doin(g a) phone number search on google and I was confront him. This bit of information hel(ped) keep my brand clean.

Thomas ( Business Owner ), New Yo(rk)

## Don't be afraid, we can help you!
We are here to help you. Submit a STD or HIV Carrier with as accurate of details as possible to publicize information.



**Suspected Carriers**

