**Exhibit D**



HOME    STD CARRIERS    CONTACT US    FAQ    REPORT STD CARRIER    TERMS OF USE

REMOVAL POLICY

Search STD Carrier Here...

Connect With:     Logi



Removal Policy

# Removal Policy

### Q: Someone Posted False Information About Me, What Do I Do?

We are neither judge, nor jury. We do not take sides on any matters that are discussed within this website. If you feel that someone has submitted false information about you on STDRegistry.com, it is your responsibility to take that issue up with the submitter. *If you can't contact the poster, see the questions below on how to resolve this issue.*

No website of this nature can verify all the posted content. US Federal Lawmakers know that 3rd party posting websites like ours have no way of vetting the users, and verifying the experiences or accusations that poster's publish on their sites. US Federal Law, CDA (Communications Decency Act) as it is written, simply says you must hold the poster's accountable for the content they publish. If you wish to dispute a post, the law says you need to confront the person who made the post. We have nothing to do with it, and we stay out of your disputes.

==We do not remove reports, comments, posts and/or topics if you ask us directly. These will not be removed even if the statements are claimed to contain defamatory allegations. Only the submitter or an arbitration service can remove a post here.==

#### Here is our reasoning behind this policy:

- Censorship is too common in many countries as it is. We will not promote censorship on the internet.
- People have a right to research an individual before interacting with them. By removing a report, comment, post and/or topic, we are hindering that right of the individual that is researching an individual.
- If an individual rectifies a report, comment, post and/or topic, then let it be shown in the report, comment, post and/or topic. By removing it, we only "hide" possible patterns made by the individual and potentially allow more damage to be done. Our purpose is to prevent people from being taken advantage of by individuals whom constantly make unethical decisions.

- If we remove reports, comments, posts and/or topics, then individuals will be aware that if they apply the right amount of pressure to the individuals whom have provided our users with this information they may have a chance at getting the report, comment, post and/or topic removed. This is not an ethical way of solving the problem.

- By not allowing the removal reports, comments, posts and/or topics we take away the leverage that a reported individual has against threats towards a person who posts. You cannot threaten someone to do something that they do not have the ability to achieve.

### Q: I am a Victim of a Post and I cannot contact the poster. What should I do?

***If you are the victim of a post and don't agree with what has been posted about you AND you cannot contact the poster, you can make use of an independent 3rd party service to challenge the post. However this does not mean that the post will be removed. Only upon a successful challenge, the post will be removed if deemed maliciously motivated and unsubstantiated.***

A valid 3rd-party arbitration service provides a neutral service to determine the validity of internet postings. STDRegistry.com is not affiliated with any arbitration services, its owners or subsidiaries.

***For more information please visit the sites below:***

1. RemoveNames.com
2. RemoveMyName.com
3. defamed.com

### Q: Isn't it wrong to post a guy's info publicly like this?

That is something only you can decide, and it may depend on how long the bad guy has been bothering you, or how bad the mistreatment was when he saw you the one time. Only you can decide what to post or how much information you wish to include in your post.

Recently in April of 2012, you may have heard in the news that a female German High Jumper was being stalked and harassed for some time. Finally she had enough of it and outed the guy on her Facebook page and publicly humiliated the guy. The overall public perception and response was positive because she took control back and put the stalker in his place, and while her method of using the internet and social media was considered new and controversial, it was deemed effective and received much approval.

Using public shame has always been a strategy or tactic of communities and law enforcement, from posting various offenders names (photos too) in public space and in their community newspapers or websites. Sometimes they have even gone so far as to put photos of bad boys on bill boards in their community so commuters can see them as they drive by. The idea behind this strategy was to use public shame to make "would be" offenders think twice before they act in some mischievous way and bring shame upon themselves and their families.

The site itself is legal to use. However, we must express the importance in remaining factual in your posts. Posting false allegations can be considered defamation of character. If we find out through a court system that your posting is false it will be removed. All IP addresses are logged in posts and comments. We have the right to allow individuals to share their stories and/or opinions in the form of reports, comments, posts and/or topics on our site. This is mandated by a FEDERAL LAW, which is called the Communications Decency Act or "CDA", 47 U.S.C. § 230.

## Q: I am an author of a post. How can I remove it?

If you are the **author** (*creator*) of the post, then you can send us an email to to submit a request for removal of your post.

However, we need to verify that you are the original author. In order to verify, send the removal request from the email account that was used to create the account and submit the post.

Also, in the email, include the link to the original post, we need as much information as possible regarding the post in order to remove the post in a timely fashion. Any lack of information will only delay the process making it difficult for our team to take the required action. We also encourage your donation Paypal to

*\*\*\*Please note that we get hundreds of messages daily for removals both (legit and forged) and that it can take anywhere up to 6 months to 12 months or more to review your case and to verify the email and information provided. Once verified we will promptly remove the listing from our database.*

*\*\*Also note that while we do remove the full post, images comments and content from the website a record of the post still remains on the server for legal reasons. Once removed however no one can see the post and search engines will not find it.*

Suspected Carriers

