IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 0979 3:13CR00064-001- HZ |
| v. | ORDER AMENDING AND MODIFYING CONDITIONS OF RELEASE |
| CYRUS ANDREW SULLIVAN, | |
| Defendant. | |

On July 18, 2013, this Court sentenced defendant to the custody of the Bureau of Prisons for a period of 24 months to be followed by a 3-year term of supervised release subject to standard and special conditions. The term of supervised release began May 9, 2016.

On June 10, 2016, the defendant filed Pro Se a Motion to Modify Conditions of Release and a separate Motion to Appoint Counsel. On June 14, 2016, the Court granted defendant's Motion to Appoint Counsel. On July 8, 2016, the Court ordered the government's response due by July 22, 2016, and the defendant's reply, if any, due by August 5, 2016.

On October 11, 2016, defendant appeared with counsel at a hearing on the Motion to Modify Conditions of Release. The Court heard oral argument on the Motion to Modify Conditions of Release and determined that defendant's special conditions of release should be amended and modified.

**IT IS ORDERED** defendant's conditions of supervised release are amended and modified as follows:

**Special Condition No. 7, which previously read:**

The defendant is prohibited from using or possessing any computer(s) and/or directing third parties to do so on his behalf (including any handheld computing device, any electronic device capable of connecting to any on-line service, or any data storage media) without the prior written approval of the U.S. Probation Officer. This includes, but is not limited to, computers at public libraries, Internet cafes, or the defendant's place of employment or education.

**Is amended to read:**

The defendant shall participate in the U. S. Probation Office's computer monitoring program, which may include installation of software or hardware on the defendant's computer that allows random or periodic monitoring of defendant's computer use, periodic inspection of defendant's computer (including retrieval, copying, and review of its electronic contents) to determine defendant's compliance with the monitoring program and conditions of supervision. Defendant's computer use and his participation in this monitoring program extends to those computers, software programs, smartphones, cellular phones, tablets and related devices capable of connecting to any on-line service, or data storage media allowing access to electronic services and the Internet.

**Special Condition No. 8, which previously read:**

The defendant is prohibited from accessing any on-line computer service and/or directing third parties to do so on his behalf at any location (including employment or education) without the prior written approval of the U.S. Probation Officer.

**Is amended to read:**

Defendant shall not own or operate, directly or indirectly, any former website, including "STDCarriers.com," "nolimitlist.com," or any similar website that offers reputation management services or otherwise involves the removal of names, titles, identities, phone numbers, email addresses, or any other personal information from such websites or other publications, whether or not payment of money is required, without the prior written approval of the U.S. Probation Officer.

**Special Condition No. 10, which previously read:**

The defendant shall have no contact with A.K. (the victim identified in the pre-sentence report), in person, by telephone, through correspondence or a third party unless approved in advance by the probation officer.

**Is amended to read:**

The defendant shall have no contact with A.K. (the victim identified in the presentence report), by email, text, or any other electronic means, in person, by telephone, through correspondence or a third party unless approved in advance by the probation officer.

**IT IS FURTHER ORDERED** that the following special condition is added: 12) The defendant's employment shall be subject to approval by the probation office.

All other aspects of the original judgment order shall remain in full force and effect.

**DATED** this  13  day of October, 2016.

/s/ Marco Hernández
The Honorable Marco A. Hernández
U.S. District Judge