IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:13-cr-00064-HZ |
| Plaintiff, | ORDER AUTHORIZING COURT REPORTER TO RELEASE SEALED TRANSCRIPT TO COUNSEL OF RECORD |
| v. | |
| CYRUS ANDREW SULLIVAN, | |
| Defendant. | |

This matter having come before the Court on the motion of the defendant to authorize release of the sealed transcript from the hearing held on October 11, 2016,

IT IS HEREBY ORDERED that Official Court Reporter Nancy M. Walker shall release to the counsel for the defense and counsel for the government, if requested, the sealed transcript produced from the hearing held on October 11, 2016 in this case (ECF 125).

Dated this 21 day of November, 2016.

Marco A. Hernández
United States District Court Judge

Submitted by:

/s/ Ruben L. Iñiguez
Ruben L. Iñiguez
Assistant Federal Public Defender

Page 1   ORDER AUTHORIZING COURT REPORTER TO RELEASE SEALED
          TRANSCRIPT TO COUNSEL OF RECORD