BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**GREGORY R. NYHUS, OSB #913841**
Assistant United States Attorney
greg.r.nyhus@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 717-1117
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:13-CR-00064-HZ |
| v. | **NOTICE OF REASSIGNMENT OF ASSISTANT UNITED STATES ATTORNEY** |
| **CYRUS ANDREW SULLIVAN,** | |
| **Defendant.** | |

Please be advised that the above-captioned case has been reassigned to Gregory R. Nyhus, Assistant United States Attorney (AUSA) for the District of Oregon.  AUSA Nyhus can be contacted via e-mail at Greg.R.Nyhus@usdoj.gov

Dated this 8th day of February 2017.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney
District of Oregon

_s/ Gregory R. Nyhus_
GREGORY R. NYHUS
Assistant United States Attorney