FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 21 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff-Appellee,<br><br>v.<br><br>CYRUS ANDREW SULLIVAN,<br><br>       Defendant-Appellant. | No.   16-30238<br><br>D.C. No. 3:13-cr-00064-HZ-1<br>District of Oregon,<br>Portland<br><br><br>ORDER |

Before:  Peter L. Shaw, Appellate Commissioner.

Appellant's motion (Docket Entry No. 7) to file Volume 2 of the excerpts of record under seal is granted.  The Clerk shall publicly file the motion, the opening brief, and Volume 1 of the excerpts of record, and shall filed Volume 2 under seal.

The existing briefing schedule shall continue in effect.

SVG/Sealed Documents