Tiffany A. Harris   OSB 02318
Attorney at Law
333 SW Taylor St., Suite 300
Portland, Oregon 97204
t. 503.782.4788   f. 503.217.5510
tiff@harrisdefense.com

Attorney for Cyrus Sullivan

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CYRUS SULLIVAN.<br><br>Defendant. | 3:13-CR-00064-HZ<br>3:14-CR-00190-HZ<br><br>UNOPPOSED MOTION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARINGS |

     Defendant Cyrus Sullivan, by and through counsel, Tiffany A. Harris, hereby moves the Court for an order continuing the date of the supervised release revocation hearings in the above-captioned cases. These hearings were consolidated and currently scheduled for Monday April 17, 2017, at 2:00 p.m.

     As set forth in the accompanying declaration of counsel, the Government is still processing discovery requested by letter on March 29, 2017, and the parties are still negotiating the terms of a protective order to facilitate production.

///

///

///

///

///

Therefore, the defense makes this unopposed motion to continue the date of the revocation hearings to May 11, 12, or 15, 2017, or a date thereafter convenient to the Court and counsel.

DATED this 14th day of April, 2017.

Respectfully submitted,

/S/      Tiffany Harris
Tiffany A. Harris
Attorney for Defendant Cyrus Sullivan
