UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 3:14-CR-00190-HZ |
| v. | 3:13-CR-00064-HZ |
| **CYRUS ANDREW SULLIVAN,** | **PROTECTIVE ORDER PURSUANT** |
| **Defendant.** | **TO Fed. R. Crim. P. 16(d)(1)** |

This matter having come before the Court upon motion by the government, and the Court having fully considered the position of both parties as to the government's request and for an order of protection pursuant to Rule 16(d)(1), Fed. R. Crim. P.,

IT IS HEREBY ORDERED that defense counsel of record shall be provided electronic media copies of all materials subject to the redaction rules adopted by the district and which omit personally identifying information. Defendant shall be provided one copy of all redacted materials either electronically or in print form. Defendant shall not copy or redistribute any materials provided in discovery personally or through a third party without further order of the Court.

IT IS FURTHER ORDERED that defense counsel of record shall also be provided a full, un-redacted copy of discovery. Counsel, and those working or employed by or agents of counsel shall not be permitted to display or share any portion of the un-redacted materials with defendant, or otherwise disclose the contents of redaction to defendant. Counsel shall be permitted to redistribute the discovery materials to successive counsel, experts, investigators, or such other consultants as necessary to conduct the defense in this matter.

///

///

IT IS FURTHER ORDERED that a copy of the protective order shall be kept with all discovery material obtained or produced by any party to the proceeding, and that all copies of any un-redacted discovery material produced or provided by the government shall be either returned to the government at the conclusion of proceedings in the above-entitled matter or secured in such a manner that they are accessible only to stand-by counsel.

DATED this ____ day of May 2017.

                                            _____
                                            The Honorable Marco A. Hernandez
                                            UNITED STATES DISTRICT JUDGE

Presented by:

BILLY J. WILLIAM, OSB #901366
United States Attorney
District of Oregon

*s/ Gregory R. Nyhus*
GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney