Tiffany A. Harris   OSB 02318
Attorney at Law
333 SW Taylor St., Suite 300
Portland, Oregon 97204
t. 503.782.4788   f. 503.217.5510
tiff@harrisdefense.com

Attorney for Cyrus Sullivan

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>CYRUS SULLIVAN.<br><br>            Defendant. | 3:13-CR-00064-HZ<br>3:14-CR-00190-HZ<br><br>UNOPPOSED MOTION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARINGS |

I, Tiffany A. Harris, declare the following to be true to the best of my knowledge:

1.      On March 1, 2017, pursuant to 18 U.S.C. § 3006A(e)(2)(the Criminal Justice Act), I was appointed to represent Mr. Sullivan in two cases that had been consolidated for hearings on alleged violations of Mr. Sullivan's supervised release.

2.      The contested issues to be decided at the revocation hearing are complex. They involve disputed facts and implicate constitutional arguments relating to political speech and the First Amendment.

3.      Recently, the parties litigated the terms of a proposed protective order. Following that litigation, the Government made discovery available to the defense today.

4.      I am requesting a short continuance in order to complete my preparations and

USDC Oregon Case 3:13-CR-0064-HZ; 3:14-CR-00190-HZ
Declaration of Counsel in Support of Unopposed Motion to Continue Supervised Release Revocation Hearing

1

review the discovery with my client, who is detained at the Multnomah County Detention Center.

5.   I have conferred with the Government and Probation Department.  Neither objects to a continuance, and all parties request a setting on June 7th or June 8th of 2017, subject to the Court's availability.

I declare under penalty of perjury that the forgoing is correct to the best of my knowledge and belief.


DATED this 4th day of May, 2017.

                                    Respectfully submitted,

                                    /S/     Tiffany Harris
                                    Tiffany A. Harris
                                    Attorney for Defendant Cyrus Sullivan