Dear TechFirm,

I am writing to submit my application for the web developer position. My experience developing web applications for multiple platforms and marketing those would make me a strong addition to your team.

While earning my B.S. in Business with a concentration in information systems and operations management at the University of Oregon I got my feet wet in web design. After that I launched a series of commercial websites using ASP.Net, SQL Server, Windows Server, and IIS. I eventually turned that work into a fulltime job doing search engine optimization for an online auto parts retailer where I learned PHP so that my methods could be applied to their sites. I then began developing my own sites using custom Wordpress themes and autoblogging software in LAMP environments.

My marketing experience includes getting multiple websites national publicity within their first month of launch using press release marketing, Google Adwords, YouTube, organic search, and RSS driven social media accounts. Adding me to your team will significantly increase the ability of your firm to get notices for any innovative idea while at the same time being able to capitalize on that with good SEO, reduced costs through efficient automation, and a unique ability to think outside the box.

I can best be reached via email or at 503-232-3080 and I look forward to hearing from you. Thank you for your time.

Sincerely,

Cyrus Sullivan
P.O. Box 86653
Portland, OR 97286
sullivancyrus@hotmail.com
503-232-3080

**Defense Exhibit**
Cyrus Sullivan Hearing
104

Dear LawFirm,

I am writing to submit a somewhat unorthodox application for your legal assistant position. As you can see by my attached resume, my work history is that of a web developer, but I believe as do my lawyers that I would make a good legal assistant.

After launching a lawful, yet controversial, online business I was targeted for prosecution by members of Congress, celebrities, the FBI, and of course the United States Attorney's Office (USAO). When I was sentenced, the judge said that my business was perfectly legal, but that I had committed a crime with a computer and could legally be banned from them. I have been fighting my case ever since. In the process, I have learned that I am often more capable at representing myself than some lawyers.

As an inmate, I challenged my conviction under 28 U.S.C. 2255 for ineffective assistance of counsel and obtained a certificate of appealability from the District Court. After being released last May I filed a pro se motion to modify the conditions of my release so that I could use computers and to appoint counsel. The judge granted the motion, but also granted an employment restriction motion filed by the USAO. I am challenging the employment restriction in the Ninth Circuit Court of Appeals. Even though I am now represented by counsel they rely heavily on case law that I researched in prison using Lexis Nexis. My lawyers and I believe that my legal successes under extreme circumstances would make me a good addition to any law firm. I believe that my experience creating legal policies capable of withstanding scrutiny from high profile attorneys would make me a good addition to your law firm.

I can best be reached via email or at 503-232-3080. I look forward to hearing from you as I continue my legal battles that also include a pro se trademark infringement suit and a likely police brutality suit against correctional officers in Victorville. Thank you for your time.

Sincerely,

Cyrus Sullivan
P.O. Box 86653
Portland, OR 97286
sullivancyrus@hotmail.com
503-232-3080

Dear Company,

The purpose of this letter is to explain why I am on federal supervision. In 2012 I ran a successful and lawful business that was targeted by law enforcement for helping people speak out against those they have issues with including the police. Eventually a stalker working with the police provoked me into sending a threatening email. They then threw the book at me as a means of circumventing the First Amendment.

I was banned from computers for a while, but I never gave up my fight to use them and eventually won my right to use computers back. Unfortunately, that was followed by a new ban on my business under a different statute and while I fight that ban in the Court of Appeals I am seeking work. It is my hope that I will find something I enjoy more than my old business so that I will not want to run it again if I win my appeal. It is my hope that this case will be resolved in such a manner that you will never have to worry about losing your business if you lose your temper under very understandable circumstances on the job. While I fight for our rights I seek not your moral support, but just a job and in return I will give you may all and you will acquire advanced skills at a not so advanced price, as well as as up to $5,000 in federal bonding.

I can best be reached via email or at 503-232-3080 and I look forward to hearing from you. Thank you for your time.

Sincerely,

Cyrus Sullivan
P.O. Box 86653
Portland, OR 97286
sullivancyrus@hotmail.com
503-232-3080

# Cyrus Sullivan

P.O. Box 86653   -   Portland, OR 97286   -   (503) 232-3080   -   sullivancyrus@hotmail.com

**OBJECTIVE**  To join a dynamic group of skilled professionals, expand my horizons, and maximize performance through continuous improvement and innovation.

**EDUCATION**  **Bachelor of Science in Business Administration,** Graduated June 2008
Concentration in Information Systems and Operations Management
University of Oregon, Lundquist College of Business

**SKILLS**  **Web Development Technology**

*Proficient with:*
- *Languages:* SQL, C#, VB.Net, HTML, CSS, XML, PHP.
- *Technology:* ASP.Net, ADO.Net, AJAX, AJAX Toolkit.
- *Databases:* MS SQL Server, MySql, MS Access.
- *Design Tools:* MS Visual Studio, PhpStorm, Coda, Artisteer.
- *Blog Platforms:* Wordpress, Blogger, Posterous, Movable Type.
- *Web Services:* RSS, Atom, Google Products, Oodle, Google CSE.

*Familiar with:*
- *Languages:* JavaScript, jQuery, JSON, T-SQL, ActionScript.
- *Servers/Databases:* File Maker, Windows Server, IIS
- *Database Tools:* MS SSMS, phpMyAdmin, Crystal Reports, MS SSRS.
- *Design Tools:* Adobe Dreamweaver, Adobe Flash, Text Wrangler.
- *Web Services:* SOAP, WSDL, Google Maps API, Google Gadgets API, Amazon.

**Digital Editing and Business Software**
- *Video Editing:* AVS Media Suite, MS Windows Movie Maker.
- *Graphic Design:* Adobe Photoshop, JASC Paint Shop, MS Visio.
- *Office Software:* MS Excel, MS Outlook, MS Power Point, MS Word.
- *Data Mining Tools:* SPSS, XLMiner, Email Grabber.

**EXPERIENCE**  **Web Developer/Owner, October 2008 to June 2012**
**Sullivan Business Technology – Portland, Oregon**

- *Launched* a series of citizen journalism and classified advertising websites.
- *Built* content management systems using ASP.Net and SQL Server.
- *Wrote* press releases published by newspapers and television news sites across America.
- *Featured* on national television several times for multiple ventures.
- *Monetized* sites with Google AdSense and several AdSense alternatives.
- *Exceeded* 2,000,000 views on YouTube from original fair use compliant videos.

**Search Engine Optimization Specialist – August 2010 to January 2011**
**Hoffman Automotive Accessories – Portland, Oregon**

- *Eliminated* duplicate content with canonical links and 301 redirect using PHP.
- *Optimized* page titles, meta data, and body content for relevant keywords.
- *Increased* brand exposure with articles marketing and product feed syndication.
- *Created* automated news services using Wordpress, RSS feeds, and social media.

**Web Development Internship, April 2010 to May 2010**
**Hoffman Automotive Accessories – Portland, Oregon**

- *Designed* custom Wordpress themes using Artisteer template building software.
- *Enhanced* product images for online catalogs using Adobe Photoshop.

# DISTRICT OF OREGON—PROBATION OFFICE
## JOB SEARCH LOG

**NAME:** _____  **PACTS:** _____

**INSTRUCTIONS:** You must complete a Job Search Log for every contact you make. You must show you made the required number of employer contacts (as directed by the probation office) and/or participated in the in-person job search activities each week. Employers may be called to verify any listed contacts.

| CONTACT NO. | DATE (Mo-Day-Yr) | BUSINESS NAME & COMPLETE ADDRESS OR WORK SOURCE OFFICE | CONTACT INFORMATION (Include Phone Number for All Contacts) | PERSON CONTACTED | TYPE OF WORK/ DESCRIPTION OF ACTIVITY | STATUS/RESULT |
|---|---|---|---|---|---|---|
| 1. | | Business/Work Source Name:<br><br>Street Address or P.O. Box<br><br>City/State/Zip | ☐ Mail<br>☐ Fax #<br>☐ Email<br>☐ In Person<br>☐ Phone # | | | ☐ Resume/Application<br>☐ Not Hiring<br>☐ Interview<br>☐ Follow-Up Call |
| 2. | | Business/Work Source Name:<br><br>Street Address or P.O. Box<br><br>City/State/Zip | ☐ Mail<br>☐ Fax #<br>☐ Email<br>☐ In Person<br>☐ Phone # | | | ☐ Resume/Application<br>☐ Not Hiring<br>☐ Interview<br>☐ Follow-Up Call |
| 3. | | Business/Work Source Name:<br><br>Street Address or P.O. Box<br><br>City/State/Zip | ☐ Mail<br>☐ Fax #<br>☐ Email<br>☐ In Person<br>☐ Phone # | | | ☐ Resume/Application<br>☐ Not Hiring<br>☐ Interview<br>☐ Follow-Up Call |
| 4. | | Business/Work Source Name:<br><br>Street Address or P.O. Box<br><br>City/State/Zip | ☐ Mail<br>☐ Fax #<br>☐ Email<br>☐ In Person<br>☐ Phone # | | | ☐ Resume/Application<br>☐ Not Hiring<br>☐ Interview<br>☐ Follow-Up Call |
| 5. | | Business/Work Source Name:<br><br>Street Address or P.O. Box<br><br>City/State/Zip | ☐ Mail<br>☐ Fax #<br>☐ Email<br>☐ In Person<br>☐ Phone # | | | ☐ Resume/Application<br>☐ Not Hiring<br>☐ Interview<br>☐ Follow-Up Call |

Job Search Log (08/29/13)

Dear TechFirm,

I am writing to submit my application for the web developer position. My experience developing web applications for multiple platforms and marketing those would make me a strong addition to your team.

While earning my B.S. in Business with a concentration in information systems and operations management at the University of Oregon I got my feet wet in web design. After that I launched a series of commercial websites using ASP.Net, SQL Server, Windows Server, and IIS. I eventually turned that work into a fulltime job doing search engine optimization for an online auto parts retailer where I learned PHP so that my methods could be applied to their sites. I then began developing my own sites using custom Wordpress themes and autoblogging software in LAMP environments.

My marketing experience includes getting multiple websites national publicity within their first month of launch using press release marketing, Google Adwords, YouTube, organic search, and RSS driven social media accounts. Adding me to your team will significantly increase the ability of your firm to get notices for any innovative idea while at the same time being able to capitalize on that with good SEO, reduced costs through efficient automation, and a unique ability to think outside the box.

I can best be reached via email or at 503-232-3080 and I look forward to hearing from you. Thank you for your time.

Sincerely,

Cyrus Sullivan
P.O. Box 86653
Portland, OR 97286
sullivancyrus@hotmail.com
503-232-3080

Dear LawFirm,

I am writing to submit a somewhat unorthodox application for your legal assistant position. As you can see by my attached resume, my work history is that of a web developer, but I believe as do my lawyers that I would make a good legal assistant.

After launching a lawful, yet controversial, online business I was targeted for prosecution by members of Congress, celebrities, the FBI, and of course the United States Attorney's Office (USAO). When I was sentenced, the judge said that my business was perfectly legal, but that I had committed a crime with a computer and could legally be banned from them. I have been fighting my case ever since. In the process, I have learned that I am often more capable at representing myself than some lawyers.

As an inmate, I challenged my conviction under 28 U.S.C. 2255 for ineffective assistance of counsel and obtained a certificate of appealability from the District Court. After being released last May I filed a pro se motion to modify the conditions of my release so that I could use computers and to appoint counsel. The judge granted the motion, but also granted an employment restriction motion filed by the USAO. I am challenging the employment restriction in the Ninth Circuit Court of Appeals. Even though I am now represented by counsel they rely heavily on case law that I researched in prison using Lexis Nexis. My lawyers and I believe that my legal successes under extreme circumstances would make me a good addition to any law firm. I believe that my experience creating legal policies capable of withstanding scrutiny from high profile attorneys would make me a good addition to your law firm.

I can best be reached via email or at 503-232-3080. I look forward to hearing from you as I continue my legal battles that also include a pro se trademark infringement suit and a likely police brutality suit against correctional officers in Victorville. Thank you for your time.

Sincerely,

Cyrus Sullivan
P.O. Box 86653
Portland, OR 97286
sullivancyrus@hotmail.com
503-232-3080

Dear Company,

The purpose of this letter is to explain why I am on federal supervision. In 2012 I ran a successful and lawful business that was targeted by law enforcement for helping people speak out against those they have issues with including the police. Eventually a stalker working with the police provoked me into sending a threatening email. They then threw the book at me as a means of circumventing the First Amendment.

I was banned from computers for a while, but I never gave up my fight to use them and eventually won my right to use computers back. Unfortunately, that was followed by a new ban on my business under a different statute and while I fight that ban in the Court of Appeals I am seeking work. It is my hope that I will find something I enjoy more than my old business so that I will not want to run it again if I win my appeal. It is my hope that this case will be resolved in such a manner that you will never have to worry about losing your business if you lose your temper under very understandable circumstances on the job. While I fight for our rights I seek not your moral support, but just a job and in return I will give you may all and you will acquire advanced skills at a not so advanced price, as well as as up to $5,000 in federal bonding.

I can best be reached via email or at 503-232-3080 and I look forward to hearing from you. Thank you for your time.

Sincerely,

Cyrus Sullivan
P.O. Box 86653
Portland, OR 97286
sullivancyrus@hotmail.com
503-232-3080

Cyrus Sullivan 677564 1

## PT Legal Assistant Ad on Craigslist

**Cyrus Sullivan**

Reply all |

Tue 1/17, 3:23 PM
contact@createle

cyrus-sullivan-resume.d...
18 KB

Download   Save to OneDrive - Personal

Dear CreateLegal,

I am writing to submit a somewhat unorthodox application for your part time legal assistant position advertised on Craigslist. As you can see by my attached resume, my work history is that of a web developer, but I believe as do my lawyers that I would make a good legal assistant.

After launching a lawful, yet controversial, online business I was targeted for prosecution by members of Congress, celebrities, the FBI, and of course the United States Attorney's Office (USAO). When I was sentenced, the judge said that my business was perfectly legal, but that I had committed a with a computer and could legally be banned from them. I have been fighting my case ever since. In the process, I have learned that I am often more capable at representing me than some lawyers.

As an inmate, I challenged my conviction under 28 U.S.C. 2255 for ineffective assistance of counsel and obtained a certificate of appealability from the District Court. After being released last May I filed a pro se motion to modify the conditions of my release so that I could use computers and to appoint counsel. The judge granted the motion, but also granted an employment restriction motion filed by the USAO. I am challenging the employment restriction in the Ninth Circuit Court of Appeals. Even though I am now represented by counsel they rely heavily on case law that I researched in prison using Lexis Nexis. My lawyers and I believe that my legal successes under extreme circumstances would make me a good addition to any law firm. I believe that my experience creating legal policies capable of withstanding scrutiny from high profile attorneys would make me a good addition to your law firm.

I can best be reached via email or at 503-232-3080. I look forward to hearing from you as I continue my legal battles that also include a pro se trademark infringement suit and a likely police brutality suit against correctional officers in Victorville. Thank you for your time.

Sincerely,

Cyrus Sullivan
P.O. Box 86653
Portland, OR 97286
sullivancyrus@hotmail.com
503-232-3080

## Wordpress Developer Position                                         1


### Cyrus Sullivan

                            Reply all |

Wed 1/18, 3:28 PM
6mwrh-5952741:

cyrus-sullivan-resume.d...
18 KB

Download   Save to OneDrive - Personal

Dear Prospective Employer,

I am writing to submit my application for the Wordpress developer position advertised on Craigslist. I have considerable experience building websites and getting them noticed. Although primarily a .Net developer, I have worked quite a bit with Wordpress over the years as part of my business and a previous job.

I am currently working on a niche search engine that mines social media for specific types of comments before auto-posting them to Wordpress. In the past I ran several Wordpress sites as part of my business for which I built custom themes using Artisteer and custom SEO code that eliminated SEO deficiencies common in Wordpress. My previous work history includes doing SEO work on Wordpress sites exclusively that also involved creating original content, posting site content to social media accounts automatically using web services, and creating original product feeds capable of adding an unlimited number of products to Google Products and other online marketplaces.

I am currently working on research and development for my own projects while seeking work in the Portland area. I thank you for your time and look forward to hearing from you.

Sincerely,

Cyrus Sullivan
sullivancyrus@hotmail.com
503-232-3080

# CampusPoint: New Jobs!



**CampusPoint Jobs** <info@campuspoin

Reply all |

Mon 12/5/2016, 4:59 PM
You

Getting too much email from CampusPoint Jobs <info@campuspoint.com>? You can unsubscribe

## CampusPoint Jobs Bulletin
Monday, December 05, 2016

Go To CampusPoint Home   View Jobs & Careers   Manage Your Resume   Your Account Preferences

Greetings Cyrus Sullivan,

Welcome to our Daily Jobs Bulletin for members of CampusPoint. This Bulletin is sent out to our members daily. It alerts you to jobs that match your filter settings but also tells you about other jobs in which you or your friends might be interested. CampusPoint offers business-related and IT/engineering-related positions intended for college students and recent college graduates.

**Important!**
- Control how often you receive our Bulletin and the types of jobs that appear on it by logging into your CampusPoint account and altering your Account Preferences.
- CampusPoint exists to help and support college students and recent graduates. To learn more about us, including our Mission and Company Values, click here.
- Remember, as a registered CampusPoint member, you have agreed to CampusPoint's Terms of Service.

### These New Jobs Match Your JobFilter

**Commercial Sales/Producer Trainee (Eugene, OR)**          **Brown & Brown Northwest Insurance**

Eugene, Oregon                Starts Soon                    $40-$45K/yr + Commissions
Job Type: Contract2Career     Experience: Recent College     Category: Sales
                              Graduate

Apply/Learn More  View Company Profile  Email to Friend

**Commercial Sales/Producer Trainee (Medford, OR)**         **Brown & Brown Northwest Insurance**

Medford, Oregon               Starts Soon                    $40-$45K/yr + Commissions
Job Type: Contract2Career     Experience: Recent College     Category: Sales
                              Graduate

Apply/Learn More  View Company Profile  Email to Friend

**Operations Assistant**                                     **Earth Class Mail**

Beaverton, Oregon             Starts Soon                    $13/hr
Job Type: Contract2Career     Experience: Recent College     Category: General Business
                              Graduate

Apply/Learn More  View Company Profile  Email to Friend

### Other New Jobs

**Receptionist/Office Assistant (Medford, OR)**              **Bargreen Ellingson**

Medford, Oregon               Starts Soon                    $12/hr (tons of growth po...
Job Type: Contract2Career     Experience: Recent College     Category: Administrative
                              Graduate

Apply/Learn More  View Company Profile  Email to Friend

### Customer Service Representative — Richards Homewares

| | | |
|---|---|---|
| Portland, Oregon | Starts Soon | $16.50/hr |
| Job Type: Contract2Career | Experience: Recent College Graduate | Category: Customer/Client Service |

Apply/Learn More  View Company Profile  Email to Friend

### Medical Compensation Adjuster — Argo Group Insurance

| | | |
|---|---|---|
| Portland, Oregon | Starts Soon | DOE |
| Job Type: TempTern Only | Experience: Recent College Graduate | Category: Finance |

Apply/Learn More  View Company Profile  Email to Friend

### Claims Assistant (Contract) — Argo Group Insurance

| | | |
|---|---|---|
| Portland, Oregon | Starts Soon | DOE |
| Job Type: TempTern Only | Experience: Recent College Graduate | Category: Finance |

Apply/Learn More  View Company Profile  Email to Friend

### Customer Relations Specialist — CleanFleet

| | | |
|---|---|---|
| Portland, Oregon | Starts Soon | $12-$5/hr DOE |
| Job Type: Contract2Career | Experience: Recent College Graduate | Category: Customer/Client Service |

Apply/Learn More  View Company Profile  Email to Friend

### Office Assistant (Temporary: Friday 12/9 + Monday 12/12) — Evelyn & Bobbie

| | | |
|---|---|---|
| Portland, Oregon | Starts Soon | $14/hr |
| Job Type: TempTern Only | Experience: Current Student | Category: General Business |

Apply/Learn More  View Company Profile  Email to Friend

### Insurance Assistant/Data-Entry — Willamette Dental

| | | |
|---|---|---|
| Hillsboro, Oregon | Starts Soon | $13/hr |
| Job Type: Contract2Career | Experience: Recent College Graduate | Category: Administrative |

Apply/Learn More  View Company Profile  Email to Friend

### Accountant (CPA Track) — Lauka McGuire & Associates

| | | |
|---|---|---|
| Portland, Oregon | Starts Soon | DOE |
| Job Type: Contract2Career | Experience: cPrime (Preferred) | Category: Accounting |

Apply/Learn More  View Company Profile  Email to Friend

## Still Accepting Applications:

### Brokerage Assistant — Expeditors

| | | |
|---|---|---|
| Portland, Oregon | Starts Soon | $14-$15/hr |
| Job Type: Contract2Career | Experience: Recent College Graduate | Category: Administrative |

Apply/Learn More  View Company Profile  Email to Friend

### Apprentice Installer — Aronson Security Group (ASG)

| | | |
|---|---|---|
| Portland, Oregon | Starts Soon | DOE |
| Job Type: CP Career | Experience: Recent College | Category: Other |

Graduate

Apply/Learn More  View Company Profile  Email to Friend

Receptionist/Mailroom Technician (On-Call)                                    Willamette Dental

Hillsboro, Oregon            Starts Soon                        $16-$18/hr
Job Type: TempTern Only      Experience: Current Student        Category: Administrative

Apply/Learn More  View Company Profile  Email to Friend

Customer Service & Claims Representative I                                    The CHP Group

Beaverton, Oregon            Starts Soon                        $15-$16/hr DOE
Job Type: Contract2Career    Experience: Recent College         Category: Customer/Client Service
                             Graduate

Apply/Learn More  View Company Profile  Email to Friend

Customer Service/Technical Support (Multiple Openings)                        Greater Giving

Hillsboro, Oregon            Starts Soon                        $13-$14/hr DOE
Job Type: TempTern2Hire      Experience: Recent College         Category: Customer/Client Service
                             Graduate

Apply/Learn More  View Company Profile  Email to Friend

Physician Recruiter                                                           ICON Staffing Network

Tualatin, Oregon             Starts Soon                        $35-$45K/yr DOE + Commiss...
Job Type: CP Career          Experience: Recent College         Category: Sales
                             Graduate

Apply/Learn More  View Company Profile  Email to Friend

Customer Service Representative (Bilingual Spanish)                           Reliable Credit

Milwaukie, Oregon            Starts Soon                        $13-$14/hr DOE
Job Type: Contract2Career    Experience: Recent College         Category: Customer/Client Service
                             Graduate

Apply/Learn More  View Company Profile  Email to Friend

Sales Representative (Apparel/Fashion Industry)                               Pine Crest Fabrics

Portland, Oregon             Starts Soon                        $33-$38k/yr Commissions (...
Job Type: CP Career          Experience: Recent College         Category: Sales
                             Graduate

Apply/Learn More  View Company Profile  Email to Friend

Office Coordinator/Director of First Impressions                              FP Transitions

Lake Oswego, Oregon          Starts Soon                        $14-$18/hr
Job Type: Contract2Career    Experience: Recent College         Category: Customer/Client Service
                             Graduate

Apply/Learn More  View Company Profile  Email to Friend

Online Community Manager                                                      NAVEX Global

Lake Oswego, Oregon          Starts Soon                        $40-$50K/yr
Job Type: Contract2Career    Experience: Recent College         Category: Marketing
                             Graduate

Apply/Learn More  View Company Profile  Email to Friend

Sales Development Representative                                              Eleven Software Inc.

Portland, Oregon             Starts Soon                        $34K/yr + Commissions

| | | |
|---|---|---|
| Job Type: Contract2Career | Experience: Recent College Graduate | Category: Sales |

Apply/Learn More  View Company Profile  Email to Friend

### Project Coordinator — DTI

| | | |
|---|---|---|
| Portland, Oregon | Starts Soon | $40-$45K/yr DOE |
| Job Type: Contract2Career | Experience: Recent College Graduate | Category: General Business |

Apply/Learn More  View Company Profile  Email to Friend

### Programmer I (Multiple Openings) — Accela (formally Springbrook Software)

| | | |
|---|---|---|
| Portland, Oregon | Starts Soon | DOE |
| Job Type: Contract2Career | Experience: Recent College Graduate | Category: Engineering: Computer |

Apply/Learn More  View Company Profile  Email to Friend

If you would no longer like to be a member of CampusPoint and unsubscribe from our Bulletins, click on the following link: Unsubscribe
To control how often you receive our Bulletin and the types of jobs that appear on it click the following link: Account Preferences
©2000-2016 **CampusPoint Corporation** All rights reserved. EOE

CampusPoint Portland | 111 SW Fifth Avenue, Suite 2000 | Portland, OR 97204 | 503.595.2390 | info@CampusPoint.com

# Your Job Matches

**CR**  CampusPoint Recruiting <Recruiting@(

Reply all |

Yesterday, 4:41 PM
You

## CampusPoint Jobs Bulletin                                    Tuesday, April 11, 2017

Go To CampusPoint Home   View Jobs & Careers   Manage Your Resume   Your Account Preferences

Greetings Cyrus Sullivan,

Welcome to our Daily Jobs Bulletin for members of CampusPoint. This Bulletin is sent out to our members daily. It alerts you to jobs that match your filter settings but also tells you about other jobs in which you or your friends might be interested. CampusPoint offers business-related and IT/engineering-related positions intended for college students and recent college graduates.

**Important!**
- Control how often you receive our Bulletin and the types of jobs that appear on it by logging into your CampusPoint account and altering your Account Preferences.
- CampusPoint exists to help and support college students and recent graduates. To learn more about us, including our Mission and Company Values, click here.
- Remember, as a registered CampusPoint member, you have agreed to CampusPoint's Terms of Service.

## These New Jobs Match Your JobFilter

**Jr. Media Designer**                                                **Convergence Training**
Vancouver, Washington          Starts Soon                    $20/hr. DOE
Job Type: Contract2Career      Experience: Recent College Graduate   Category: Creative/Graphic Design

Apply/Learn More  View Company Profile  Email to Friend

## Other New Jobs

**General Ledger Accountant**                                             **NAVEX Global**
Lake Oswego, Oregon            Starts Soon                    DOE
Job Type: CP Career            Experience: cPrime (Preferred)  Category: Accounting

Apply/Learn More  View Company Profile  Email to Friend

**Inside Sales Coordinator**                                      **Continental Marketing, Inc.**
Tualatin, Oregon               Starts Soon                    $15.50-$17/hr DOE
Job Type: Contract2Career      Experience: Recent College Graduate   Category: Customer/Client Service

Apply/Learn More  View Company Profile  Email to Friend

**Department Assistant: Estimating**                        **LanguageLine Translation Solutions**
Portland, Oregon               Starts Soon                    $14/hr
Job Type: Contract2Career      Experience: Current Student    Category: General Business

Apply/Learn More  View Company Profile  Email to Friend

**Marketing Coordinator**                                              **Earl & Brown**
Beaverton, Oregon              Starts Soon                    $45-60/yr DOE
Job Type: Contract2Career      Experience: Recent College Graduate   Category: Marketing

Apply/Learn More   View Company Profile   Email to Friend

Claims Adjuster                                                                 Argo Group Insurance

| | | |
|---|---|---|
| Portland, Oregon | Starts Soon | $55-$65K/yr DOE |
| Job Type: TempTern2Hire | Experience: cPrime | Category: Customer/Client Service |

Apply/Learn More   View Company Profile   Email to Friend

## Still Accepting Applications:

Liability Claims Trainee (Bilingual Spanish Preferred)                          Argo Group Insurance

| | | |
|---|---|---|
| Portland, Oregon | Starts Soon | $45-$52K/yr DOE |
| Job Type: CP Career | Experience: Recent College Graduate | Category: Customer/Client Service |

Apply/Learn More   View Company Profile   Email to Friend

Audit Support Specialist (Suppy Chain Experience/Education is a bonus)          Software Solutions Unlimited, Inc.

| | | |
|---|---|---|
| Beaverton, Oregon | Starts Soon | $14-$17/hr DOE |
| Job Type: Contract2Career | Experience: Recent College Graduate | Category: General Business |

Apply/Learn More   View Company Profile   Email to Friend

Software/Media Sales                                                            Convergence Training

| | | |
|---|---|---|
| Vancouver, Washington | Starts Soon | $35-$40k/yr + Commission |
| Job Type: Contract2Career | Experience: Recent College Graduate | Category: Sales |

Apply/Learn More   View Company Profile   Email to Friend

Customer Service & Claims Representative I                                      The CHP Group

| | | |
|---|---|---|
| Beaverton, Oregon | Starts Soon | $15-$16/hr DOE |
| Job Type: Contract2Career | Experience: Recent College Graduate | Category: Customer/Client Service |

Apply/Learn More   View Company Profile   Email to Friend

Empire Plans Administrator                                                      Mutual Materials

| | | |
|---|---|---|
| Clackamas, Oregon | Starts Soon | $15-$16/HR |
| Job Type: Contract2Career | Experience: Recent College Graduate | Category: Administrative |

Apply/Learn More   View Company Profile   Email to Friend

Advertising Account Executive (Entry-Level)                                     LLM Publications LLC

| | | |
|---|---|---|
| Portland, Oregon | Starts Soon | $15/hr + Commissions |
| Job Type: Contract2Career | Experience: Recent College Graduate | Category: Sales |

Apply/Learn More   View Company Profile   Email to Friend

Assistant Community Manager                                      Noah & Associates Community Management

| | | |
|---|---|---|
| Clackamas, Oregon | Starts Soon | $15-17/hr (DOE) |
| Job Type: Contract2Career | Experience: Recent College Graduate | Category: Management Trainee |

Apply/Learn More   View Company Profile   Email to Friend

Administrative Assistant/Customer Service Specialist                            FP Transitions

| | | |
|---|---|---|
| Lake Oswego, Oregon | Starts Soon | $14-$18/hr |
| Job Type: Contract2Career | Experience: Recent College Graduate | Category: Administrative |

Apply/Learn More  View Company Profile  Email to Friend

**Invoicing Specialist**  CleanFleet

| | | |
|---|---|---|
| Portland, Oregon | Starts Soon | $15/hr |
| Job Type: Contract2Career | Experience: Recent College Graduate | Category: Accounting |

Apply/Learn More  View Company Profile  Email to Friend

If you would no longer like to be a member of CampusPoint and unsubscribe from our Bulletins, click on the following link: Unsubscribe
To control how often you receive our Bulletin and the types of jobs that appear on it click the following link: Account Preferences

©2000-2017 **CampusPoint Corporation** All rights reserved. EOE

CampusPoint Portland | 111 SW Fifth Avenue, Suite 2000 | Portland, OR 97204 | 503.595.2390 | info@CampusPoint.com